UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GUADALUPE FERRER-SOLANO,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:16-cr-00085

## **ORDER**

Defendant appeared before me on May 16, 2016, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of her rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that her waiver was knowingly and voluntarily entered.  I also not that Immigration and Customs Enforcement (ICE) has lodged a detainer against defendant.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 16th day of May, 2016.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge